IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00015-ZLW

MICHAEL S. PARRINO,

    Plaintiff,

v.

WILLIAM J. FRITSCHE, III,
ROBERTA NIESLANIK, and
LINDY FROLICH,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Motion to Drop Notice of Appeal," filed on February 23, 2010 (Doc. # 12), is DENIED as unnecessary. The Tenth Circuit granted Plaintiff's Motion to dismiss his pending appeal on March 12, 2010.

    Dated: March 19, 2010